THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TANYA GOODMAN  <br><br>Plaintiffs,  <br><br>v.  <br><br>FIRST UNUM LIFE INSURANCE COMPANY, a foreign insurance company, and UNUM GROUP, a Delaware general business corporation,  <br><br>Defendant. | Case No. 2:21-cv-00902-BJR  <br><br>**ORDER FOR DISMISSAL** |

BASED UPON THE STIPULATION OF THE PARTIES, it is hereby

ORDERED that the above-captioned matter is dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

SO ORDERED this 7th day of June 2023.

*[signature: Barbara J. Rothstein]*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

ORDER FOR DISMISSAL - 1
Case No. 2:21-cv-00902-BJR

JENSEN MORSE BAKER PLLC
1809 SEVENTH AVENUE, SUITE 410
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550